UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 98-234 |
| EMANUEL JOHNSON | SECTION "S" (2) |

# ORDER

The court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections of the Louisiana School Employees' Retirement System, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Under the plain language of the Restitution Act, no state exemptions are applicable. Accordingly,

**IT IS HEREBY ORDERED** that the United States' request for entry of a final order of garnishment is GRANTED.

**IT IS FURTHER ORDERED** that all monies previously withheld by the Louisiana School Employees' Retirement System in accordance with the Writ of Garnishment are payable immediately to the United States of America.

**IT IS FURTHER ORDERED** that the Louisiana School Employees' Retirement System shall pay to the United States of America 100% of any future distributions of pension funds that would otherwise have been paid or due to Emanuel

Johnson and must continue such payments until the liability is satisfied, remitted or set aside; or is terminated by the passage of the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of Emanuel Johnson, or upon the death of Emanuel Johnson, 18 U.S.C. § 3613(b), (c); or until the Louisiana School Employees' Retirement System no longer has custody, possession or control of any property belonging to defendant; or until further order of this court.

Payments to the United States of America should be made to the Clerk of Court, Eastern District of Louisiana, Financial Unit, Hale Boggs Federal Building, 500 Poydras St., New Orleans, LA 70130 and bear the name of Emanuel Johnson and the case number listed above.

New Orleans, Louisiana, this __15th__ day of _____April_____, 2009.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE